**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01617-GPG

QUENTIN THORNTON,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

ORDER OF DISMISSAL

---

On July 3, 2017, Quentin Thornton *pro se* filed a letter which appears to challenge a policy authorized by community corrections (ECF No. 1). Because Mr. Thornton's intentions were unclear, the Court opened a civil action. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court entered an Order Directing Mr. Thornton to Cure Deficiencies on July 5, 2017 (ECF No. 3). In the Order, the Court ordered Mr. Thornton to address the filing fee and submit a pleading on a current Court-approved form. (*Id.*). The Order provided Mr. Thornton with thirty days to comply and warned that his failure to timely cure the designated deficiencies would result in the dismissal of this action without further notice. (*Id.*).

Mr. Thornton has not cured the identified deficiencies as directed, requested an extension of time to do so, or otherwise communicated with the Court. (*See* docket). Due to Mr. Thornton's failure to comply with the Order Directing Mr. Thornton to Cure Deficiencies (ECF No. 3), this action will be dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Mr. Thornton files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the U.S. Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Order (ECF No. 3) and failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   17th   day of    August   , 2017.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court