**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01617-LTB

QUENTIN THORNTON,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

**JUDGMENT**

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 17, 2017, it is hereby

    ORDERED that Judgment is entered against Plaintiff.

    DATED at Denver, Colorado, this 17 day of August, 2017.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/ A. Garcia Garcia
                  Deputy Clerk